# Court of Appeals
# of the State of Georgia

ATLANTA,  August 21, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0202.  BILLY GREG PRUITT v. THE STATE.**

In November 2015, Billy Greg Pruitt pleaded guilty to aggravated assault and other crimes. He was sentenced to a total of 25 years, with the first 8 years suspended upon entry into and successful completion of a residential substance abuse treatment program, and the balance on probation. On May 20, 2024, the trial court revoked Pruitt's probation. He then filed this direct appeal from the revocation order. We, however, lack jurisdiction.

An appeal from a probation revocation order must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (5). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Accordingly, Pruitt's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  08/21/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*